## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| **ARNULFO CABRERA, et al.,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>v.<br><br>**TOBAR CONSTRUCTION, INC., et al.,**<br><br>**Defendants.** | **Civil No. 1:26-cv-00072-ELH** |

### [PROPOSED] ORDER   *ELH*

After reviewing the parties' Joint Motion to Approve Settlement (ECF No. _36_), Plaintiffs' Memorandum in Support, and the associated exhibits, it is my determination that the parties' Settlement Agreement was the product of arms-length bargaining, the parties were adequately represented, and the Settlement Agreement represents a fair and just resolution of Plaintiffs' claims against Defendants. Accordingly, it is this _8th_ day of _July_, 2026, hereby ORDERED that:

1. The Joint Motion to Approve Settlement (ECF No. _36_) is GRANTED and the Court approves the terms of the parties' Settlement Agreement; and

2. Within 14 days of Defendants' payment of all sums required by the Settlement Agreement within the time provided by the Agreement, Plaintiffs shall dismiss with prejudice their claims against Defendants.

_Ellen L. Hollander_

Ellen L. Hollander, Judge
U.S. District Court for the District of Maryland